NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SUNRISE SHIPPING CO., LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SUNRISE SHIPPING CO., LTD.,

      Plaintiff,

  - against -

SINORICHES GLOBAL LIMITED,

      Defendant.

-----------------------------------------------------------X

08 CV 0126

<u>Fed. R. Civ. P. 7.1</u>

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for plaintiff, Sunrise Shipping Co., Ltd., certifies that neither it nor any parent, subsidiary nor affiliate has shares that are publicly traded in the United States.

Dated: New York, New York
    January 7, 2008

            NOURSE & BOWLES, LLP
            Attorneys for Plaintiff

            By: _____
            John P. Vayda (JV-0239)
            One Exchange Plaza
            At 55 Broadway
            New York, New York 10006
            (212) 952-6200