**MEMO ENDORSED**

Chin, S

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SUNRISE SHIPPING CO., LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUNRISE SHIPPING CO., LTD.,

                 Plaintiff,

     - against -

SINORICHES GLOBAL LIMITED,

                 Defendant.
-----------------------------------------------------------X

08 Civ. 0126(DC)

**ECF CASE**

**VOLUNTARY DISMISSAL**

WHEREAS Plaintiff, SUNRISE SHIPPING CO., LTD. filed its complaint on or about January 7, 2008 seeking process of maritime attachment and garnishment;

AND WHEREAS no answer or counterclaim has been filed;

NOW pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the action against Defendant, SINORICHES GLOBAL LIMITED without prejudice and without costs to either party as against the other and requests that the Order for Maritime Attachment and Garnishment be vacated.

Dated: New York, New York
        June 11, 2008

                                    NOURSE & BOWLES, LLP
                                    Attorneys for Plaintiff
                                    SUNRISE SHIPPING CO., LTD.

                 By: _____
                        John P. Vayda (JV 0339)
                        One Exchange Plaza
                        At 55 Broadway
                        New York, NY 10006-3030
                        (212) 952-6200

SO ORDERED:

_____
Hon. Denny Chin
U.S.D.J.

6/13/08